GREGORY BERNARD SIMPSON,

    Petitioner,

v.

JASON MEDLIN, Warden, and
BRIAN OWENS, Commissioner of
the Georgia Department of Corrections,

    Respondents.

CIVIL ACTION NO.: CV214-096

## ORDER

Let a copy of this Report and Recommendation be served upon the parties. The parties will be allowed fourteen (14) days from the date of service of this Report and Recommendation to file objections. 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b)(2). If no objections are made, this Report and Recommendation will be adopted as a record of the proceedings and may become the opinion and order of the Court. <u>Devine v. Prison Health Services, Inc.</u>, 212 F. App'x 890, 892 (11th Cir. 2006).

All requests for additional time to file any objections to this Report and Recommendation should be filed with the Clerk for consideration by the undersigned.

The Clerk of Court is directed to submit the Report and Recommendation with objections, if any, on or before the 17th day of November, 2014.

**SO ORDERED**, this 29th day of October, 2014.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)