IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

GREGORY BERNARD SIMPSON,

    Petitioner,

v.                                   CIVIL ACTION NO.: CV214-096

JASON MEDLIN, Warden, and
BRIAN OWENS, Commissioner of
the Georgia Department of Corrections,

    Respondents.

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Petitioner Gregory Simpson ("Simpson") filed Objections. In his Objections, Simpson asserts that the Magistrate Judge's conclusions are incorrect and that the state courts erred in determining the issues he presented to those courts.

Simpson's Objections are without merit and are **overruled**. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court.

Simpson's petition for writ of habeas corpus, filed pursuant to 28 U.S.C. §2254, is **DENIED**. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 13 day of June, 2015.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA